UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE VISTA EQUITIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILSON C. SANTIAGO,<br><br>　　　　Defendant. | Case No.　15-cv-05101-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Eagle Vista Equities, LLC v. Santiago*, 15-cv-04143-EMC.

　　　　IT IS SO ORDERED.

Dated: November 20, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge